**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 09, 2026

Mr. Joshua Charles Abbuhl
Elias Law Group
250 Massachusetts Avenue, N.W.
Suite 400
Washington, DC 20001

Mr. John Corey Colombo
McTigue & Colombo
545 E. Town Street
Columbus, OH 43215

Re: Case No. 26-3813
*Red Wine & Blue, et al v. Frank LaRose, et al*
Originating Case No. 1:25-cv-01760

Dear Counsel,

The Appellants in the above styled case filed an emergency motion stay injunction pending appeal.

A response to the motion must be filed with the Clerk's Office by Monday, September 14, 2026, 5:00 p.m. EST. Any reply to the response is due by 5:00 p.m. EST, Wednesday, September 16, 2026. Your immediate attention to this matter is appreciated.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Antoinette
Direct Dial No. 513-564-7015

cc: Mr. Stephen P. Carney
Mr. John F. Kerkhoff
Ms. Mathura Jaya Sridharan

Ms. Ann Yackshaw