**No. 26-3813**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

RED WINE & BLUE, *et al.*,

*Plaintiffs-Appellees,*

v.

FRANK LAROSE, IN HIS OFFICIAL CAPACITY AS OHIO SECRETARY OF STATE, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of Ohio
No. 1:25-cv-01760 (Hon. Solomon Oliver Jr.)

# UNOPPOSED MOTION OF THE HONEST ELECTIONS PROJECT AND CENTER FOR ELECTION CONFIDENCE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL AND ADMINISTRATIVE STAY

Jason B. Torchinsky
*Counsel of Record*
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2300 N Street N.W.
Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@holtzmanvogel.com

Elizabeth Price Foley
Steven LaRussa
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
2333 Ponce de Leon Blvd.
Suite 600
Coral Gables, FL 33134
(305)-379-1601
efoley@holtzmanvogel.com

*Counsel for Amici Curiae*

The Honest Elections Project ("HEP") and Center for Election Confidence ("CEC"), Inc. respectfully move this Court for leave to file the attached brief as *amici curiae* in support of Defendants-Appellants' Emergency Motion for Stay Pending Appeal and Administrative Stay.

Counsel for HEP and CEC contacted counsel for Appellees and Appellants to seek their consent to their participation as *amici curiae*. Neither Appellees nor Appellants oppose HEP and CEC's participation.

HEP and CEC are nonpartisan organizations devoted to supporting the right of every lawful voter to participate in honest elections. Through public engagement, advocacy, and public-interest litigation, HEP and CEC defend fair and reasonable measures that protect the integrity of elections. HEP and CEC support commonsense voting rules and oppose efforts to reshape elections for partisan gain. HEP and CEC thus have a significant interest in this case, which implicates States' constitutional power to determine and enforce voter qualifications.

*Amici*'s proposed brief will assist the Court in its disposition

of the emergency motion to stay, which presents critical issues concerning the federal-State division of power to regulate elections. The proposed brief highlights for the Court the States' exclusive power, under the Elections, Electors, and Qualifications Clauses of the Constitution, to determine and enforce voter qualifications. The Ohio law at issue here, H.B. 54, uses Ohio's driver's-license form to enforce its State constitutional requirement that only U.S. citizens may vote. Ohio Const. art. V, §1. The district court's order, if left to stand, would eviscerate the States' exclusive authority to enforce voter qualifications such as U.S. citizenship using their own State driver's license forms.

The proposed brief also explains how the district court's decision is contrary to the canons of constitutional avoidance and federalism, and Article III's limits on federal jurisdiction.

For these reasons, HEP and CEC respectfully request that the Court grant them leave to file the attached brief as *amici curiae*.

Dated: September 17, 2026

Respectfully submitted,

Jason B. Torchinsky
*Counsel of Record*
HOLTZMAN VOGEL
BARAN TORCHINSKY &
JOSEFIAK PLLC
2300 N Street N.W.
Suite 643
Washington, DC
20037
(202) 737-8808
jtorchinsky@
holtzmanvogel.com

Elizabeth Price Foley
Steven LaRussa
HOLTZMAN VOGEL
BARAN TORCHINSKY &
JOSEFIAK PLLC
2333 Ponce de Leon
Blvd.
Suite 600
Coral Gables, FL
33134
(305)-379-1601
efoley@holtzmanvogel.
com

*Counsel for Amici Curiae*