Case No. 26-3813

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

RED WINE & BLUE; OHIO ALLIANCE FOR RETIRED AMERICANS

Plaintiffs - Appellees

v.

FRANK LAROSE, in his official capacity as Ohio Secretary of State; CHARLES L. NORMAN, in his official capacity as Ohio's Registrar of Motor Vehicles

Defendants - Appellants

Upon consideration of Amicus Honest Elections Project and Center for Election Confidence motion to file an Amicus Brief, it is hereby **ORDERED** that the motion is **GRANTED** and the amicus brief is accepted as filed.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: September 22, 2026