**No. 26-3813**
**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| RED WINE & BLUE, ET AL., | : | |
| Plaintiffs-Appellees, | : | On Appeal from the |
| | : | United States District Court |
| v. | : | for the Northern District of Ohio |
| | : | |
| FRANK LAROSE, IN HIS OFFICIAL CAPACITY AS OHIO SECRETARY OF | : | District Court Case No. |
| | : | 1:25-cv-1760 |
| STATE, ET AL., | : | |
| Defendants-Appellants, | : | |

---

# STATE APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

---

D. ANDREW WILSON
Attorney General of Ohio

MATHURA J. SRIDHARAN*
Ohio Solicitor General
**Counsel of Record*
JOHN F. KERKHOFF
Chief Deputy Solicitor General
STEPHEN P. CARNEY
Senior Deputy Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for Appellants Frank LaRose, et al.*

## MOTION FOR EXTENSION OF TIME

The Court has, through a scheduling letter, directed Appellants, the State of Ohio Defendants in this case, to file their opening brief by November 3, 2026. *See* Briefing Schedule, Doc. 26 (September 24, 2026). Pursuant to Sixth Circuit Rule 26, Appellants respectfully request a 14-day extension of time to file their opening brief. A 14-day extension would move the due date to Tuesday, November 17, 2026.

Good cause exists for an extension because of counsel's obligations in this and other courts, including the U.S. Supreme Court and the Ohio Supreme Court. Counsel has also consulted the Plaintiffs-Appellees, who have authorized the State to note that they do not oppose this short extension.

The State also asks, on Appellees' behalf, that Appellees' briefing deadline be accordingly moved back 14 days as well, from December 3 to December 17, and that all other deadlines shift accordingly.

For these reasons, the State requests that the 14-day extension be granted.

Respectfully submitted,

D. ANDREW WILSON
Attorney General of Ohio

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN
Ohio Solicitor General
*Counsel of Record
JOHN F. KERKHOFF
Chief Deputy Solicitor General
STEPHEN P. CARNEY
Senior Deputy Solicitor General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for Appellants*
*Frank LaRose, et al.*

## CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, this motion complies with the type-volume requirements and contains 162 words. *See* Fed. R. App. P. 27(d)(2)(A).

I further certify that this motion complies with the typeface requirements of Federal Rule 32(a)(5) and the type-style requirements of Federal Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Equity font.

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, this motion was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mathura J. Sridharan*
MATHURA J. SRIDHARAN