**No. 26-3813**

# IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

RED WINE & BLUE, *et al.*,

*Plaintiffs-Appellees,*

v.

FRANK LAROSE, IN HIS OFFICIAL CAPACITY AS OHIO SECRETARY OF STATE, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of Ohio
No. 1:25-cv-1760 (Hon. Solomon Oliver Jr.)

# UNOPPOSED MOTION OF THE HONEST ELECTIONS PROJECT TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS

Jason B. Torchinsky
*Counsel of Record*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
PLLC
2300 N Street N.W.
Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@
holtzmanvogel.com

Elizabeth Price Foley
Steven LaRussa
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
PLLC
2333 Ponce de Leon Blvd.
Suite 600
Coral Gables, FL 33134
(305) 379-1601
efoley@holtzmanvogel.com

*Counsel for Amicus Curiae*

The Honest Elections Project ("HEP") respectfully moves this Court for leave to file the attached brief as *amicus curiae* in support of Defendants-Appellants.

Counsel for HEP contacted counsel for Appellees and Appellants to seek their consent to its participation as *amicus curiae*. Neither Appellees nor Appellants oppose HEP's participation.

HEP is a nonpartisan organization devoted to supporting the right of every lawful voter to participate in honest elections. Through public engagement, advocacy, and public-interest litigation, HEP defends fair and reasonable measures that protect the integrity of elections. HEP supports commonsense voting rules and opposes efforts to reshape elections for partisan gain. HEP thus has a significant interest in this case, which implicates States' constitutional power to determine and enforce voter qualifications.

*Amicus*'s proposed brief will assist the Court in its disposition of this case, which presents critical issues concerning the federal-State division of power to regulate elections. The proposed brief highlights for the Court the distinction that Congress drew between

Section 5 and Section 7 of the NVRA. The brief explains that while Ohio's election laws mirror and respect that distinction, the district court's injunction collapses it. If left to stand, the injunction would eviscerate the States' traditional authority over licensing and voter qualifications.

The proposed brief also explains that the district court's reading of Section 5 is contrary to the federalism canon and how administering its injunction will cause unnecessary confusion and destabilize Ohio's integrated licensing and voter registration system.

For these reasons, HEP respectfully requests that the Court grant it leave to file the attached brief as *amicus curiae*.

Dated: November 23, 2026

Respectfully submitted,

/s/ Jason B. Torchinsky
Jason B. Torchinsky
*Counsel of Record*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
PLLC
2300 N Street N.W.
Suite 643
Washington, DC 20037
(202) 737-8808
jtorchinsky@
holtzmanvogel.com

Elizabeth Price Foley
Steven LaRussa
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK
PLLC
2333 Ponce de Leon Blvd.
Suite 600
Coral Gables, FL 33134
(305)-379-1601
efoley@holtzmanvogel.com

*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2)(A) because it contains 311 words.

This motion complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

November 23, 2026.

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system on November 23, 2026. All participants in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

*/s/ Jason B. Torchinsky*
Jason B. Torchinsky